UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RICHARD ROSAS-BARBER,  *
    Plaintiff,  *
                      *
    v.  *   CIVIL NO. 98-1041(PG)
                      *   (CRIMINAL NO. 95-287 (PG))
                      *
UNITED STATES OF AMERICA,  *
    Defendant.  *

## O R D E R

The matter before the Court is the unopposed Magistrate Judge's report and recommendation concerning petitioner's motion under 28 U.S.C. § 2255. (Docket No. 7).

The grounds addressed by petitioner, Richard Rosas-Barber, were duly analyzed by the U.S. Magistrate Judge, who found that petitioner did not meet his burden to prove that his claims are meritorious.

The unopposed report and recommendation is hereby **APPROVED and ADOPTED**. Fort the reasons therein stated petitioner's 2255 motion is hereby **DENIED**.

Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _April_ _13_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)