ENTERED ON DOCKET

4/14/00 PURSUANT

UNITED STATES DISTRICT COURT FOR THE FRCP RULES 58 & 79a
DISTRICT OF PUERTO RICO

RICHARD ROSAS-BARBER          *
    Plaintiff,                *
                              *
    v.                        *          CIVIL NO. 98-1041(PG)
                              *
UNITED STATES OF AMERICA,      *
    Defendant.                *

## J U D G M E N T

On this same date the Court entered an Order approving and adopting the Magistrate Judge's report and recommendation upon plaintiff's motion under 28 U.S.C. § 2255 (Docket No. 7).

WHEREFORE, it is,

**ORDERED** and **ADJUDGED** that this case be and it is hereby **DISMISSED**.

San Juan, Puerto Rico _____April_____ _13_ , 2000.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge